IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JUDSON TODD EVANS,

     **Plaintiff,**

v.                Case No. 23-CV-368-JFH-GLJ

CHRIS BRYANT, et al.,

     **Defendants.**

## OPINION AND ORDER

  Before the Court is the motion requesting the Court to appoint counsel filed by Plaintiff Judson Todd Evans ("Evans"). Dkt. No. 9. Evans bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Evans' claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Evans' ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

  IT IS THEREFORE ORDERED that Evans' motion for appointment of counsel [Dkt. No. 9] is DENIED.

  Dated this 15th day of December 2023.

                          _____
                          JOHN F. HEIL, III
                          UNITED STATES DISTRICT JUDGE