IN THE UNITED STATES District COURT
FOR THE EASTERN DISTRICT of Oklahoma

Judson TODD EVANS
           Plaintiff

v.                                             Civ 23-368-JFH-GLJ

CHRIS BRYANT et al
           Defendant

## Motion for Summary Judgement against Turnkey Health

Comes now plaintiff Judson Todd Evans and asks the court to grant summary judgement against defendant Turnkey Health in the amount requested the cause being that Turnkey has failed to show the reason that it has denied plaintiff the medication required to treat his conditions and has not provided any mental health evaluation. These actions by the defendant have continued to cause pain and suffering and mental anxiety and stress to plaintiff. For the reasons set forth above plaintiff prays the court grant summary judgement in the amount requested

PG 1

pg 2

and the plaintiff furthermore requests that if the court does not grant summary judgement against Turnkey, that the court grant the plaintiff a trial by jury and asks that the plaintiff be allowed to request discovery documents and answers of the defendants.

Respectfully
Judson Todd Evans  plaintiff
100 S Washington
Ardmore OK 73401

*Judson Evans* Judson Evans
2-18-2025

RECEIVED
FEB 2 6 2025