In the United States District Court
For the Eastern District of Oklahoma

Judson Todd Evans
           plaintiff

civ 23-368-JFH-GLJ

Chris Bryant
et al    defendant

Motion for Summary Judgement
against Josephine Otoo   NP
        Kelly Dollar    LPN
        Emily Braver   LPN

Comes now plaintiff, Judson Evans, and requests summary judgement against the defendants Josephine Otoo, Kelly Dollar, and Emily Braver for the following reasons. The defendants have not stated any set of facts that mitigate their actions in causing the plaintiff harm and pain by ignoring and failing to give proper medication and treatment to plaintiff. plaintiff has yet to receive doctor prescribed medication despite repeated requests.

Pg 1b

The plaintiff also requests that if the court is unable to grant summary judgement at this time then plaintiff requests that the court will allow the action to move into the discovery portion of the suit and also plaintiff requests a jury trial.

Respectfully Submitted
Judson Evans
*Judson Evans*
2-23-25
100 S Washington
Ardmore OK
73401

RECEIVED
FEB 24 2025
BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk